FILED

07 DEC 12 PM 4:50

BY:             DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Criminal Case No. 07 CR 3343 JM |
| Plaintiff,   ) | I N D I C T M E N T |
| v.   ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| FIDENCIO DUARTE-HERNANDEZ,   ) | |
| Defendant.   ) | |

The grand jury charges:

On or about November 13, 2007, within the Southern District of California, defendant FIDENCIO DUARTE-HERNANDEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the

//

WDK:fer:San Diego
12/11/07

1 | United States border from Mexico into the United States, that was a
2 | substantial step toward committing the offense, all in violation of
3 | Title 8, United States Code, Sections 1326(a) and (b).
4 |     It is further alleged that defendant FIDENCIO DUARTE-HERNANDEZ,
5 | was removed from the United States subsequent to December 18, 2006.
6 |     DATED: December 12, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney