JODI D. THORP
California Bar No. 223663
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169
jodithorp@thorplawoffice.com

Counsel for Mr. Duarte-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3343-JM |
| Plaintiff, | ) ) ) | |
| | ) | DATE: February 1, 2008 |
| v. | ) ) | TIME: 11:00 a.m. |
| FIDENCIO DUARTE-HERNANDEZ | ) ) | |
| Defendant. | ) ) ) | **CERTIFICATE OF SERVICE** |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

DATED:    January 30, 2008          /s/ Jodi D. Thorp
                                    JODI D. THORP
                                    Counsel for Mr. Duarte-Hernandez