**JODI DENISE THORP**
California State Bar No. 223667
427 "C" Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169
Fax: (619) 223-3569
email: jodithorp@thorplawoffice.com

Attorneys for Fidencio Duarte-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  07CR3343-JTM |
| Plaintiff, | DATE:         September 12, 2008<br>TIME:         1:30 p.m. |
| v. | NOTICE OF MOTIONS: |
| FIDENCIO DUARTE-HERNANDEZ, | (1) TO DISMISS THE INDICTMENT DUE TO MISINSTRUCTION; |
| Defendant. | (2) TO DISMISS INDICTMENT FOR FAILURE TO ALLEGE ELEMENTS; |
| | (3) TO STRIKE SURPLUSAGE; |
| | (4) TO PRODUCE GRAND JURY TRANSCRIPTS; |
| | (5) SUPPRESS STATEMENTS; |
| | (6) DISMISS THE INDICTMENT FOR INVALID DEPORTATION, |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
       CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on July 25, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, the defendant, Fidencio Duarte-Hernandez, by and through his counsel, Jodi Thorp, will ask this Court to enter an order granting the following motions.

**MOTIONS**

The defendant, Fidencio Duarte-Hernandez, by and through his attorney, Jodi Thorp, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to dismiss the indictment due to misinstruction;
2) dismiss the indictment for failure to allege elements;
3) to strike surplusage;
4) to produce grand jury transcripts;
5) suppress statements;
6) dismiss the indictment for invalid deportation; and

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motion.

Respectfully submitted,

Dated: August 16, 2008

   */s/ Jodi Denise Thorp*
**JODI DENISE THORP**
Attorneys for Mr. Duarte
jodithorp@thorplawoffice.com