```
JODI D. THORP
California Bar No. 223663
427 "C" Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169
jodithorp@thorplawoffice.com
```

Counsel for Mr. Duarte-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. 07CR3343-JM |
| Plaintiff,  ) | |
| ) | DATE: September 12, 2008 |
| v.  ) | |
| ) | TIME: 1:30 p.m. |
| FIDENCIO DUARTE-HERNANDEZ  ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Defendant.  ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Christoper.M.Alexander@usdoj.gov, Assistant United States Attorney
Efile.dkt.gc2@usdoj.gov

DATED:        August 16, 2008              /s/ Jodi D. Thorp
                                           JODI D. THORP
                                           Counsel for Mr. Duarte-Hernandez