1 KAREN P. HEWITT
United States Attorney
2 CHRISTOPHER M. ALEXANDER
Assistant U.S. Attorney
3 California State Bar No. 201352
Federal Office Building
4 880 Front Street, Room 6293
San Diego, California  92101-8893
5 Telephone: (619) 557-7425
Facsimile: (619) 235-2757
6 Christopher.M.Alexander@usdoj.gov
Attorneys for Plaintiff
7 United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3343-JM |
|---|---|---|
| Plaintiff, | ) | Date: September 12, 2008 |
|  | ) | Time: 1:30 p.m. |
| v. | ) |  |
|  | ) | **JOINT MOTION TO CONTINUE** |
| FIDENCIO DUARTE-HERNANDEZ, | ) | **MOTION HEARING** |
| Defendant. | ) |  |

**IT IS AGREED BETWEEN THE PARTIES** the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney and Christopher M. Alexander, Assistant United States Attorney and defendant Fidencio Duarte-Hernandez, through counsel, Jodi Thorp, Esq., that the motion hearing scheduled for September 12, 2008 at 1:30 p.m. be continued to November 7, 2008 at 1:30 p.m.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 9/11/08                              S/Christopher M. Alexander
                                            CHRISTOPHER M. ALEXANDER
                                            Assistant U.S. Attorney

Dated: 9/11/08                              S/Jodi Thorp
                                            JODI THORP, ESQ.