UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3343-JM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR JOINT MOTION TO CONTINUE HEARING |
| FIDENCIO DUARTE-HERNANDEZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED**, that for good cause, the hearing in the above-mentioned case, should be continued from September 12, 2008, at 1:30 p.m. be continued to *November 7, 2008, at 1:30 p.m.*

**SO ORDERED.**

DATED: September 11, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge